IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**COURTNEY BEDFORD,**
**ADC #145652**                                                                                                    **PLAINTIFF**

v.                            Case No. 3:14-cv-00115-KGB

**WEST MEMPHIS POLICE**
**DEPARTMENT, et al.**                                                                                       **DEFENDANTS**

## ORDER

Before the Court is *pro se* plaintiff Courtney Bedford's motion for appointment of counsel (Dkt. No. 21). After reviewing Mr. Bedford's complaint and subsequent filings, and considering the factors set forth under controlling case law, this Court finds that Mr. Bedford and the Court would substantially benefit from the appointment of counsel. *Plummer v. Grimes*, 87 F.3d 1032, 1033 (8th Cir. 1996) ("A district court is to decide whether the plaintiff and the court will substantially benefit from the appointment of counsel, considering the factual and legal complexity of the case, the plaintiff's ability to investigate the facts, the existence of conflicting testimony, and the ability of the plaintiff to present his claim."). This case is potentially legally and factually complex, and the record indicates that Mr. Bedford has been unable to investigate the facts underlying his claim (Dkt. No. 21, at 1).

Local Rule 83.7 provides that appointment of counsel shall be accomplished by random selection from a list of all actively practicing private attorneys enrolled in the District in which the case is pending. Therefore, pursuant to Local Rule 83.7, Ms. Sandra T. Partridge, P.O. Box 1156, Benton, Arkansas, 72018, telephone number (501) 776-0302, is hereby appointed to represent Mr. Bedford. The Clerk of Court is directed to send Mr. Bedford and Ms. Partridge *via certified mail* a copy of this Order and a copy of Local Rule 83.7.

The Court stays this case, suspends any pretrial deadlines, and removes this case from the trial docket for the week of May 9, 2016.  The Court will issue by separate order an amended final scheduling order setting new deadlines and a new trial date.  Accordingly, defendant Joe Baker's motion for extension of time is denied as moot (Dkt. No. 19).

So ordered this 22nd day of March, 2016.

_____
Kristine G. Baker
United States District Judge