**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**COURTNEY BEDFORD,
ADC #145652**                                                                                       **PLAINTIFF**

**v.**              Case No. 3:14-cv-00115-KGB

**WEST MEMPHIS POLICE
DEPARTMENT, et al.**                                                                               **DEFENDANTS**

**ORDER**

Before the Court is Sandra Tucker Partridge's motion for leave to withdraw as counsel for plaintiff Courtney Bedford (Dkt. No. 26). By previous order, the Court appointed Ms. Partridge as counsel for Mr. Bedford after she was randomly selected from a list of all actively practicing private attorneys enrolled in the Eastern District of Arkansas (Dkt. No. 22).

For good cause shown, Ms. Partridge's motion is granted (Dkt. No. 26). Ms. Partridge is no longer counsel of record for Mr. Bedford. Pursuant to Local Rule 83.7, Mr. Edward T. Oglesby, attorney with Kutak Rock, 124 West Capitol Avenue, Ste. 2000, Little Rock, Arkansas 72201-3740, telephone number (501) 975-3127, is hereby appointed to represent Mr. Bedford. The Clerk of Court is directed to send Mr. Bedford and Mr. Oglesby *via certified mail* a copy of this Order and a copy of Local Rule 83.7.

So ordered this 5th day of April, 2016.

                                                                                   _____
                                                                                   Kristine G. Baker
                                                                                   United States District Judge