# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**COURTNEY BEDFORD,**
**ADC #145652**                                                                                                                **PLAINTIFF**

**v.**                         Case No. 3:14-cv-00115-KGB

**WEST MEMPHIS POLICE**
**DEPARTMENT, et al.**                                                                **DEFENDANTS**

## ORDER

On March 8, 2016, the Court was contacted by Teresa Bedford on behalf of her son, plaintiff Courtney Bedford. Ms. Bedford inquired as to whether I, United States District Judge Kristine G. Baker, am related in any way to separate defendant Joe Baker. To the best of my knowledge, I have no relationship to Mr. Baker who is a defendant in this case. As a result, to the extent this communication can be considered an oral motion for recusal, the motion is denied.

So ordered this 19th day of April, 2016.

                                                                           _____
                                                                           Kristine G. Baker
                                                                           United States District Judge