**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**COURTNEY BEDFORD**                                                                                          **PLAINTIFF**

**v.**                                         **Case No. 3:14-cv-00115 KGB**

**WEST MEMPHIS POLICE DEPARTMENT,** *et al.*                          **DEFENDANTS**

## STIPULATED AND AGREED PROTECTIVE ORDER

**1.**     Confidential Information obtained from the City of West Memphis by Plaintiff's counsel shall be used only for the purpose of this litigation and for no other purpose, and such Confidential Information shall not be given, shown, made available or communicated in any way to anyone except Qualified Persons.

**2**.     Confidential Information includes, without limitation:

(a) Documents containing confidential personal information, such as social security numbers, contact information, medical information, dates of birth, and information and other matters requested by a party now or later.

(b) Any information produced by a party and declared by the party at the time of production to be Confidential Information. Materials that are being designated as confidential that do not fall into one of the specific categories named in Section 2(a) should be stamped confidential, or if Bates numbers are used, documents may be designated as confidential by Bates number in a letter.  A party may oppose a confidentiality designation in writing within 10 days of the designation, at which time the parties shall engage in a good faith effort to resolve the issue, and may move to remove the confidentiality designation if negotiations fail.

3. Except with the prior written consent of the City, or pursuant to further Order of this Court, no Confidential Information may be disclosed to any person other than Qualified Persons.

4. Qualified Persons include counsel for Courtney Bedford and any current or future counsel of record for the Plaintiff in this action, secretaries, para-professional assistants, experts, and other employees of counsel who are actively engaged in assisting counsel with this action, court personnel, witnesses at trial or deposition, and the jury.

5. Upon delivery of Confidential Information to Plaintiff's counsel, the City (or City's counsel) shall execute and submit to Plaintiff and his counsel a document entitled Inventory of Confidential Documents delivered in the attached form. See *Exhibit 1*. Documents containing Confidential Information shall be stamped or otherwise marked as confidential.

6. No later than one year after the conclusion of this litigation, Plaintiffs and Plaintiff's counsel shall destroy all Confidential Information, including, correspondence, memoranda, notes or any other documents embodying such information, in whole or in part. All Qualified Persons are barred from disclosing in any manner any Confidential Information obtained during the course of this proceeding.

7. Nothing in this Order shall prevent any party from seeking modification of this Order at any time as to specific matters designated "Confidential Information" to remove such from the application of this Order.

8. Any Confidential Information disclosed in any pleading, motion, deposition transcript, brief, exhibit, or other filing with the Court shall be maintained under seal. To the extent such confidential filing is capable of redaction, the redacted version of the document is to be filed on the public docket, with the unredacted version delivered in hard copy to the Clerk's

Office for filing under seal. The redacted version of a confidential filing may include, when necessary, slip sheets appropriately labeled "UNDER SEAL" to indicate the exhibits or other materials that have been omitted in their entirety from the filing due to filing under seal.

SO ORDERED.

*Kristine G. Baker*
Honorable Kristine G. Baker
U.S. District Judge

Date: Octoberr 6, 2016

APPROVED AS TO FORM:

| **Counsel for City Defendants** | **Counsel for Plaintiff** |
|---|---|
| John L. Wilkerson | Edward T. Oglesby |
| Post Office Box 38 | Kutak Rock, LLP |
| North Little Rock, Arkansas 72115-0038 | 124 W Capitol Ave., Ste. 2000 |
| E-mail: jwilkerson@arml.org | Little Rock, AR 72201 |
| (501) 978-6117 | edward.oglesby@kutakrock.com |
| | 501-975-3127 |

EXHIBIT 1

**INVENTORY OF CONFIDENTIAL DOCUMENTS PROVIDED**

I hereby submit the following documents, document pages, and/or depositions which are subject to the Protective Order for the protection of documents in *Courtney Bedford v City of West Memphis, et al.,* filed in the United States District Court Eastern District of Arkansas, Jonesboro Division.

The City of West Memphis Police Department personnel records of the following individuals:

   Joe Baker
   Brent Bradley
   Alan Darety
   Darell Hayes