IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**COURTNEY BEDFORD,**
**ADC #145652**                                                                                            **PLAINTIFF**

v.                                  Case No. 3:14-cv-00115-KGB

**WEST MEMPHIS POLICE**
**DEPARTMENT, et al.**                                                                                **DEFENDANTS**

<u>**ORDER**</u>

Before the Court is the parties' stipulation of dismissal (Dkt. No. 45). The parties jointly request that this Court dismiss with prejudice this action. For good cause shown, the Court adopts the joint stipulation (Dkt. No. 45). The action is dismissed with prejudice.

So ordered this 26th day of July, 2017.

_/s/ Kristine G. Baker_
Kristine G. Baker
United States District Judge